# EXHIBIT "9"

| CONTRATO DE ASSUNÇÃO DE DÍVIDA | DEBT ASSUMPTION AGREEMENT |
|---|---|
| Pelo presente instrumento as Partes: | By this private instrument the Parties: |
| I. VRG LINHAS AÉREAS S/A, com endereço na Avenida Vinte de Janeiro, n.º 330, Setor de Carga O, parte, Ilha do Governador, Rio de Janeiro, RJ, inscrita no CNPJ sob o n.º 07.575.651/0001-59, neste ato representada por seus diretores Srs. Jorge Márcio Gomes da Silva e Edson Arruda de Faria e Albuquerque (doravante designada simplesmente "VRG"); e | I. VRG LINHAS AÉREAS S/A, with address at Avenida Vinte de Janeiro no. 330, Loading O Sector, part, Ilha do Governador, Rio de Janeiro, RJ, registered as taxpayer at CNPJ under no. 07.575.651/0001-59, herein represented by its officers Messrs. Jorje Márcio Gomes da Silva and Edson Arruda de Faria e Albuquerque (hereinafter referred to simply as "VRG"); and |
| II. VARIG LOGÍSTICA S/A, sociedade anônima, com sede na Rua Fidêncio Ramos, n°. 223, 14° andar, Vila Olímpia, parte, na Cidade e Estado de São Paulo, inscrita no CNPJ/MF sob o n° 04.066.143/0001-57, neste ato representada na forma de seu Estatuto Social, (doravante denominada simplesmente "VARIGLOG"); | II. VARIG LOGÍSTICA S/A, a corporation with head offices at Rua Fidêncio Ramos no. 223, 14th floor Vila Olímpia, part, in the City and State of São Paulo, registered as taxpayer at CNPJ under no. 04.066.143/0001-57, herein represented in accordance with its By-Laws (hereinafter referred to simply as "VARIGLOG"); |
| e, ainda, como intervenientes-anuentes: | and, as intervening-consenting parties: |
| III. CAT AÉREA LLC., uma sociedade de responsabilidade limitada organizada de acordo com as leis do Estado de Delaware, Estados Unidos da América, com sede a 615 South DuPont Highway, Dover, Delaware, 19901, Estados Unidos da América, neste ato representada na forma do seu Estatuto Social (doravante denominada simplesmente "CAT AEREA"); | III. CAT AÉREA LLC. , a limited liability company existing under the laws of the State of Delaware, United States of America, with head offices at 615 South Dupont Highway, Dover, Delaware, 19901, United States of America, herein represented in accordance with its By-Laws (hereinafter referred to simply as "CAT AÉREA"); |
| IV. ATLANTIC AVIATION INV. LLC., uma sociedade de responsabilidade limitada organizada de acordo com as leis do Estado de Delaware, Estados Unidos da América, com sede a 2711 Centerville Road, Suite 400, Wilmington, County of New Castle, | IV. ATLANTIC AVIATION INVESTMENTS LLC, a limited liability company existing under the laws of the State of Delaware, United States of America, with head offices at 2711 Centerville Road, Suite 400, Wilmington, County of New Castle, |



1

| | |
|---|---|
| Delaware, 19808, Estados Unidos da América, neste ato representada na forma do seu Estatuto Social (doravante denominada simplesmente "ATLANTIC") | Delaware, 19808, United States of America, herein represented in accordance with its By-Laws (hereinafter referred to simply as "ATLANTIC"); |
| V. VOLO LOGISTICS LLC., uma sociedade de responsabilidade limitada organizada de acordo com as leis do Estado de Delaware, Estados Unidos da América, neste ato representada na forma do seu Estatuto Social (doravante denominada simplesmente "VOLO LLC" e, em conjunto com CAT AEREA e ATLANTIC, também denominadas "CREDORAS"); | V. VOLO LOGISTICS LLC, a limited liability company existing under the laws of the State of Delaware, United States of America, herein represented in accordance with its By-Laws (hereinafter referred to simply as "VOLO" and, together with CAT AÉREA and ATLANTIC, also referred to as "CREDITORS"); |
| CONSIDERANDO QUE as CREDORAS aportaram na VRG o valor de US$ 56.612.916,67, correspondentes em Reais a R$ 121.879.341,52, valor este que será utilizado como investimento, pela VARIGLOG no capital social da VRG, mediante assunção pela VARIGLOG de dívida da VRG prevista nos Contratos de Mútuo. | WHEREAS the CREDITORS have loaned to VRG the amount of US$ 56,612,916.67, equivalent in Reais to R$ 121,879,341.52, which amount will be used as investment by VARIGLOG in the capital stock of VRG, by means of assumption by VARIGLOG of the debt of VRG under the Loan Agreements. |
| CONSIDERANDO QUE, em 18 de setembro de 2006 foi aprovado aumento de capital da VRG, no valor de R$ 263.395.493,00, dos quais R$ 161.947.500,00 deverão ser integralizados até a data da outorga da concessão à VRG, pela Agência Nacional de Aviação Civil e R$ 101.447.994,00, no prazo de 6 (seis) meses contados da outorga da mesma concessão. | WHEREAS on September 18 of 2006, an increase in the capital stock of VRG in the amount of R$ 263,395,493.00 was approved, of which R$ 161,947,500.00 shall be paid in before the date VRG is granted the concession by the National Agency for Civil Aviation and R$ 101,447,994.00, within 6 (six) months after said concession is granted. |
| CONSIDERANDO QUE a VARIGLOG, detentora de ações representativas de 99% do capital social da VRG deverá integralizar, até a data da outorga da concessão pela Agência Nacional de Aviação Civil, o valor de R$ 160.328.025,00. | WHEREAS VARIGLOG, holder of shares representing 99% of the capital stock of VRG, must pay in the amount of R$ 160,328,025.00 by the date the concession is granted by the National Agency for Civil Aviation; |
| CONSIDERANDO QUE a VARIGLOG pretende saldar parte do pagamento do valor | WHEREAS VARIGLOG intends to liquidate part of the payment of the amount |



2

da integralização de ações devido à VRG por meio da assunção de dívidas da VRG, no valor total de US$ 56.612.916,67, correspondentes a R$ 121.879.341,52, efetivamente adiantados pelas CREDORAS à VRG, com base nos Contratos de Mútuos celebrados entre VRG e as CREDORAS.

CONSIDERANDO QUE as CREDORAS e a VARIGLOG reconhecem que os Contratos de Mútuo deverão ser aditados e ajustados prontamente, conforme necessário, para dar eficácia ao presente Contrato;

CONSIDERANDO QUE a VRG reconhece que recebeu integralmente das CREDORAS os recursos provenientes dos Contratos de Mútuo, mas que, até a presente data, não efetuou o pagamento de qualquer parcela devida pelo principal ou juros previstos nos referidos Contratos de Mútuo;

RESOLVEM, em respeito e reconhecimento à vontade das Partes, celebrar o presente contrato ("Contrato"), em caráter irrevogável e irretratável, que se regerá pelas cláusulas e condições adiante estipuladas:

1. Descrição da Dívida. Os Contratos de Mútuo relacionados abaixo ("Contratos de Mútuo") constituem parte integrante do presente instrumento como Anexos 1 a 7 e foram registrados junto ao Banco Central do Brasil sob os seguintes registros de operações financeiras ("ROF"):

of the pay-in due to VRG by assuming debts in the total amount of US$ 56,612,916.67, equivalent to R$ 121,879,341.52, that has been effectively funded by the CREDITORS to VRG under the Loan Agreements executed between VRG and the CREDITORS;

WHEREAS the CREDITORS and VARIGLOG acknowledge that the Loan Agreements shall forthwith and with immediate effect be amended and restated as necessary to give effect to this Contract;

WHEREAS VRG acknowledges that it received in full from the CREDITORS the funds under the Loan Agreements in immediately available funds, but has not paid, up to the date hereof, any installments due of the principal or interest under said Loan Agreements;

EACH OF THE PARTIES HAVE DECIDED, for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged and agreed and intending to be legally bound, to execute this contract ("Contract"), irrevocably and irreversibly, which will be governed by the following terms and conditions:

1. Description of the Debt. The Loan Agreements listed below ( "Loan Agreements") are incorporated hereto by reference as Attachments 1 to 7 and were registered at the Central Bank of Brazil under the following financial transaction registrations ( "ROF"):

3

| | |
|---|---|
| (i) US$ 18.300.000,00, ROF no TA394410 equivalente a R$ 40.058.699,99 depositados na conta corrente da VRG no banco Bradesco no dia 21 de setembro de 2006 e 25 de setembro de 2006; | (i) US$ 18,300,000.00, ROF no. TA394410, equivalent to R$ 40,058,699.99, which were deposited in VRG's bank account at Banco Bradesco on September 21, 2006 and September 25, 2006; |
| (ii) US$ 9.600.000,00 ROF no TA397960 equivalente a R$ 20.400.000,00 depositados na conta corrente da VRG no banco Bradesco no dia 16 de outubro de 2006; | (ii) US$ 9,600,000.00, ROF no. TA397960, equivalent to R$ 20,400,000.00, which were deposited in VRG's bank account at Banco Bradesco on October 16, 2006; |
| (iii) US$ 2.790.000,00 ROF no TA400050 equivalente a R$ 5.909.220,00 depositados na conta corrente da VRG no banco Bradesco no dia 30 de outubro de 2006; | (iii) US$ 2,790,000.00, ROF no. TA400050, equivalent to R$ 5,909,220.00, which were deposited in VRG's bank account at Banco Bradesco on October 30, 2006; |
| (iv) US$ 10.650.000,00 ROF no TA400054 equivalente a R$ 22.737.750,00 depositados na conta corrente da VRG no Banco Bradesco, no dia 30 de outubro de 2006; | (iv) US$ 10,650,000.00, ROF no. TA400054, equivalent to R$ 22,737,750.00, which were deposited in VRG's bank account at Banco Bradesco on October 30, 2006; |
| (v) US$ 10.765.823,06, ROF no TA402838 equivalente a R$ 23.146.519,58 depositados na conta corrente da VRG no Banco Bradesco no dia 21 de novembro de 2006; | (v) US$ 10,765,823.06, ROF no. TA402838, equivalent to R$ 23,146,519.58, which were deposited in VRG's bank account at Banco Bradesco on November 21, 2006; |
| (vi) US$ 1.200.000,00, ROF no TA 402869 equivalente a R$ 2.563.200,00 depositados na conta corrente da VRG no Banco Bradesco no dia 07 de dezembro de 2006;; e | (vi) US$ 1,200,000.00, ROF no. TA402869, equivalent to R$ 2,563,200.00, which were deposited in VRG's bank account at Banco Bradesco on December 07, 2006; |
| (vii) US$ 3.307.093,61, ROF no TA 404891 equivalente a R$ 7.063.951,95 depositados na conta corrente da VRG no Banco Bradesco no dia 07 de dezembro de 2006;. | (vii) US$ 3,307,093.61, ROF no. TA404891, equivalent to R$ 7,063,951.95, which were deposited in VRG's bank account at Banco Bradesco on December 07, 2006. |
| 2. Assunção de dívida. A VRG por | 2. Assumption of the Debt. VRG |



4

| | |
|---|---|
| este instrumento transfere e cede à VARIGLOG, em caráter irrevogável e irretratável, a totalidade das obrigações assumidas nos Contratos de Mútuo, no valor de US$ 56.612.916,67, equivalente em Reais a R$ 121.879.341,52 ("Dívidas"), e a VARIGLOG concorda em assumir tais Dívidas, em caráter irrevogável e irretratável, devendo a cessão e transferência operar-se de pleno direito, sem a necessidade de assinatura de qualquer outro instrumento, mediante celebração deste CONTRATO. | hereby transfers and assigns to VARIGLOG, irrevocably and irreversibly, all the obligations set forth in the Loan Agreements, in the amount of US$ 56,612,916.67 equivalent in Reais to R$ 121,879,341.52 ("Debts"), and VARIGLOG agrees, irrevocably and irreversibly, to assume such Debts, with the assignment and transfer operating in full right upon execution of this Contract, without the need for signing any further instruments. |
| 3. Anuência das CREDORAS. Pelo presente instrumento e na melhor forma de direito, cada uma das CREDORAS consente com a assunção das Dívidas e dos Contratos de Mútuo relacionados, pela VARIGLOG, reconhecendo a VARIGLOG como única devedora do valor das Dívidas. | 3. Consent of CREDITORS. By this instrument and in the best form of law, each of the CREDITORS agrees to VARIGLOG assuming its respective Debt and the related Loan Agreement, and acknowledges VARIGLOG as the sole debtor of the amount of such Debt. |
| 4. Exoneração perante as CREDORAS. Em razão do acordado nos itens 2 e 3 acima, a partir desta data, fica a Devedora totalmente exonerada perante as CREDORAS de todas as suas obrigações oriundas dos Contratos de Mútuo. | 4. Release before the CREDITORS. As from this date on, as agreed in items 2 and 3 above, the Debtor is released of all its debts and obligations resulted from the Loan Agreements. |
| 5. Preço. O preço da assunção da Dívida é de US$ 56.612.916,67, equivalente em Reais a R$ 121.879.341,52, devido pela VRG à VARIGLOG, os quais são integralmente pagos nesta data mediante compensação de parte do valor devido pela VARIGLOG à VRG, correspondente à integralização das ações de emissão da VRG subscritas pela VARIGLOG, na Assembléia Geral Extraordinária de 18 de setembro de 2006. | 5. Price. The price for the assumption of the Debt is of US$ 56,612,916.67, equivalent in Reais to R$ 121,879,341.52, due by VRG to VARIGLOG, which is paid on the date hereof by setoff of a portion of the amount due from VARIGLOG to VRG corresponding to the pay-in of the shares of VRG subscribed by VARIGLOG, on the Extraordinary Shareholders Meeting of September 18 of 2006. |
| 6. Registro. A VARIGLOG e a VRG tomarão as providências necessárias perante | 6. Registration. VARIGLOG and VRG shall take all necessary steps at Central Bank |

| | |
|---|---|
| o Banco Central do Brasil visando a alteração do registro relativo ao empréstimo em moeda objeto da Dívida. | of Brazil to alter the registration pertaining to the loan in currency underlying the Debt. |
| 7. Foro. As Partes elegem os juízos estaduais ou federais do foro da Cidade de Nova Iorque, nos termos da Cláusula 15 dos Contratos de Mútuo, para dirimir quaisquer controvérsias decorrentes da interpretação do presente instrumento, ou surgidas de sua execução, renunciando expressamente a qualquer outro foro, por mais privilegiado que este possa ser. | 7. Venue of Law. The Parties elect the state or federal courts of the City of New York, pursuant to Section 15 of the Loan Agreements, to settle any disputes arising from the interpretation of this instrument, or derived from its performance, expressly waiving any other venue no matter how privileged it may be. |
| 8. Lei Aplicável. Este contrato será regido pelas leis do Estado de Nova Iorque, nos termos da Cláusula 15 dos Contratos de Mútuo. | 8. Applicable Law. This Contract will be governed by the laws of the State of New York, in accordance with Section 15 of the Loan Agreements. |
| 9. Disposições Gerais. | 9. General Provisions. |
| (i) Este Contrato apenas poderá ser alterado, modificado ou aditado mediante acordo escrito devidamente assinado por todas as Partes. | (i) This Contract may only be altered, modified or amended by written agreement duly signed by all Parties. |
| (ii) O atraso de qualquer Parte em exigir o cumprimento pela outra Parte das obrigações previstas neste Contrato não afetará seus direitos de exigir seu cumprimento em momento posterior. Exceto se reduzida a escrito, nenhuma renúncia por qualquer das Partes de garantias e direitos contidos neste Contrato será válida ou terá qualquer efeito.. | (ii) Any delay of any Party in demanding the performance by the other Party of the obligations set forth in this Contract will not affect its right to demand such performance at a later time. Except if set forth in writing, no waiver by any of the Parties of the guaranties and rights contained in this Contract shall be valid or produce any effect. |
| (iii) Este Contrato é vinculante e beneficiará as Partes e seus respectivos sucessores e cessionários autorizados. A cessão de qualquer direito ou obrigação previstos neste Contrato, no todo ou em parte, apenas será válida, eficaz e oponível se contar com a anuência da outra Parte. | (iii) This Contract is binding on and will inure to the benefit of the Parties and their respective successors and authorized assigns. The full or partial assignment of any right or obligation hereunder will only be valid, effective and enforceable if consented to by the other Party. |

6

(iv) Este Contrato encerra todos os termos e condições relacionados ao seu objeto e supera e revoga quaisquer acordos, promessas, entendimentos ou contratos anteriores, orais ou escritos, existentes entre as Partes, em relação aos assuntos tratados neste Contrato.

(v) Este contrato está sendo assinado em português e inglês, havendo divergência entre as duas versões, a versão em português deverá prevalecer

E, por estarem assim certas e ajustadas, as Partes fizeram com que seus respectivos representantes devidamente autorizados assinassem o presente instrumento em 4 (quatro) vias de igual teor e valor, na presença das testemunhas abaixo nomeadas e com efeito a partir da data abaixo mencionada.

(iv) This Contract contains all the terms and conditions related to its purpose and supersedes and revokes any prior agreements, promises, understandings or contracts, written or verbal, existent between the Parties with respect to the subject matter set forth herein.

(v) This agreement is being executed in Portuguese and English versions. Should any conflicts arise between the two versions, the Portuguese version shall prevail.

IN WITNESS WHEREOF, the Parties have caused their respective duly authorized representative to execute this instrument in four (04) counterparts of equal content and effect, in the presence of the undersigned witnesses and with effect as of the date hereof.

| | |
|---|---|
| Rio de Janeiro, 08 de dezembro de 2006. | Rio de Janeiro, 08 of December of 2006. |
| _____ <br> VARIG LOGÍSTICA S.A. | _____ <br> VARIG LOGÍSTICA S.A. |
| _____ <br> VRG LINHAS AÉREAS S.A. | _____ <br> VRG LINHAS AÉREAS S.A. |
| _____ <br> CAT AÉREA LLC | _____ <br> CAT AÉREA LLC |
| _____ <br> ATLANTIC AVIATION INV. LLC | _____ <br> ATLANTIC AVIATION INV. LLC |
| _____ <br> VOLO LOGISTICS LLC | _____ <br> VOLO LOGISTICS LLC |
| TESTEMUNHAS: | WITNESSES: |
| 1._____ | 1._____ |
| 2._____ | 2._____ |

8

ANEXO (EXHIBIT) I

Registros de Operações Financeiras (Financial Transaction Registrations)



ANEXO (EXHIBIT) II

Cópia Livros Contábeis da VRG (Copy of VRG's accounting books)