H. Barry Vasios (HBV 6767)
Mitchell J. Geller (MG 4160)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200
Attorneys for Defendant Varig Logistica, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLO LOGISTICS LLC, and<br>CAT AEREA LLC,<br><br>      Plaintiffs,<br><br>- against -<br><br>VARIG LOGISTICA S.A., and<br>VOLO do BRASIL, S.A.,<br><br>      Defendants. | _____ Civ. _____ (    ) (    )<br><br><br>**FRCP 7.1 DISCLOSURE**<br>**STATEMENT** |

   Varig Logistica S.A. ("VarigLog"), by its attorneys, Holland & Knight, LLP, states that its parent corporation is Volo do Brasil S.A., a corporation organized under the laws of Brazil which is not publicly held.

Dated: August 28, 2007
     New York, New York

              Respectfully submitted,

              HOLLAND & KNIGHT LLP

              By: _____
                 H. Barry Vasios (HBV 6767)
                 Mitchell J. Geller (MG 4160)
                 195 Broadway
                 New York, New York 10007
                 (212) 513-3200

              Attorneys for Defendant
              Varig Logistica S.A.

# 4760225_v1