H. Barry Vasios (HBV 6767)
Mitchell J. Geller (MG 4160)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200
Attorneys for Defendant Varig Logistica, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLO LOGISTICS LLC, and<br>CAT AEREA LLC,<br><br>               Plaintiffs,<br><br>   - against -<br><br>VARIG LOGISTICA S.A., and<br>VOLO do BRASIL, S.A.,<br><br>              Defendants. | 07 CV 7655 (J. Jones)<br><br>**ATTORNEY'S CERTIFICATE OF SERVICE** |

STATE OF NEW YORK    )
                               ) SS.:
COUNTY OF NEW YORK  )

     RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New York, affirms under penalty of perjury:

     That on August 29, 2007, I caused a true copy of the Notice of Removal to be served personally by same day messenger delivery upon the following:

     Kenneth A. Caruso, Esq.
     Bracewell & Giuliani LLP
     1177 Avenue of the Americas
     New York, N.Y. 10036.

                                                        _____
                                                            RUDY D. GREEN

Dated: August 29, 2007