UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #                            │
│ DATE :        9/14/07  ch        │
└─────────────────────────────────┘
```

VOLO LOGISTICS LLC, and
CAT AEREA LLC,

                    Plaintiffs,

      -v-

VARIG LOGISTICA S.A., and
VOLO do BRASIL S.A.,

                    Defendants.

No. 07 CV 7655 (BSJ)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to this action,

through their respective counsel, that, due to the lack of subject matter jurisdiction in this Court,

the above-captioned action be, and it hereby is, remanded to the Supreme Court of New York,

New York County, with each party bearing its own costs.

Dated: New York, NY
       September 13, 2007

BRACEWELL & GIULIANI LLP

By: _____
      Kenneth A. Caruso
      A Member of the Firm
1177 Avenue of the Americas
New York, New York 10036
(212) 508-6105

Attorneys for Volo Logistics LLC
  and CAT Aerea LLC

HOLLAND & KNIGHT LLP

By: _____
      H. Barry Vasios
      A Member of the Firm
195 Broadway
New York, New York 10007
(212) 513-3410

Attorneys for Varig Logistica S.A.

So Ordered:

_____
Hon. Barbara S. Jones,
United States District Judge